

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00174-CR

**WYLIE KAY CURL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. 10097

## MEMORANDUM OPINION

Wylie Kay Curl attempts to appeal his conviction for continuous sexual abuse of a child. The sentence was imposed on October 11, 2018, and Curl filed his notice of appeal on May 22, 2019. Curl's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1).

Notwithstanding that we are dismissing this appeal, Curl may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information

or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Curl desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2 (a).

For the reasons stated, this appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed May 29, 2019
Do not publish
[CRPM]

